UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------

JENNINE OAKLEY

                                              Plaintiff,

    **-v.-**

                                             Civil Action No.
                                             3:13-cv-679 (GLS/ESH)

CAROLYN W. COLVIN,
Commissioner of
Social Security

                                             Defendant.
----------------------------------------------------------------------------

APPEARANCES:                             OF COUNSEL:

**FOR THE PLAINTIFF:**

Lachman, Gorton Law Firm           PETER A. GORTON, ESQ.
P.O. Box 89
1500 East Main Street
Endicott, New York 13761-0089

**FOR THE DEFENDANT:**

Social Security Administration         JEREMY A. LINDEN, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278

GARY L. SHARPE,
CHIEF JUDGE

## **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed December 8, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed December 8, 2014 (Dkt. No. 22) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the Commissioner's decision is REVERSED, and the case is REMANDED pursuant to 42 U.S.C. § 405(g), sentence four; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: March 11, 2015
Albany, New York